# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

GUARDIAN BELLS, LLC, an Arizona Limited Liability Company,

Plaintiff,

v.

THE SOURCE, an entity of unknown origin, and MARSHALL YOKAM, an individual.

Defendants.

_____

)
)
)
)
)
)
)
)
)
)
)
)

Case No.  07 CV 1094 L (BLM)

**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** [doc. #7]

Good cause appearing,  IT IS ORDERED granting the parties' joint motion for extension of time.  IT IS FURTHER ORDERED that Defendants be allowed an extension until August 10, 2007 to respond to the Complaint so that Defendants may have additional time to retain counsel, is adopted as the Court's Order.

**IT IS SO ORDERED.**

DATED:  July 19, 2007

_____
M. James Lorenz
United States District Court Judge

Copy to:

HON. BARBARA L. MAJOR
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL

07cv1094
Order Granting Extension of Time to Respond to Complaint
Guardian v. The Source, et al. - Requested by Plaintiff
-1-